# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6611-GW(ASx) | Date | April 10, 2015 |
|---|---|---|---|
| Title | *Rani Wesley. v. The City of Los Angeles, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**PROCEEDINGS: (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 9, 2015, parties filed a Joint Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement for May 11, 2015 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on May 8, 2015.

All previously set deadlines and dates, including the post mediation status conference set for April 13, 2015 at 8:30 a.m is vacated and taken off calendar.

                                                                                          00  :  00

Initials of Preparer    PG